**IT IS ORDERED as set forth below:**



**Date: October 30, 2019**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TRAVIS WADE RAGSDALE, | : | CASE NO. 15-40844 - PWB |
| | : | |
| DEBTOR. | : | |
| | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| TRAVIS WADE RAGSDALE, | : | |
| | : | |
| RESPONDENT. | : | |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

This matter came before the Court on October 23, 2019, on the United States Trustee's Motion to Dismiss Case (Doc. No. 214). At the call of calendar, Lindsay Kolba appeared on behalf of the United States Trustee and Brian Cahn appeared on behalf of the Debtor. No party appeared in opposition to the motion. It appearing to the Court that all parties were properly served

with the motion, that good cause exists for dismissing the case, and no party opposes dismissal of the case, it is hereby

ORDERED that the motion is *granted* and the case is *dismissed*. It is further

ORDERED that the Clerk, U.S. Bankruptcy Court, shall serve a copy of this order upon Debtor, counsel for the Debtor, the United States Trustee, and all creditors and other parties in interest.

[END OF DOCUMENT]

Prepared and submitted by:

/s/
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA   30303
404-331-4437, ext. 152
lindsay.p.kolba@usdoj.gov

**SERVICE LIST**

MAILING MATRIX (see attached)

```
Label Matrix for local noticing         Paul M. Alexander                       Bank of America
113E-4                                  Miller & Martin PLLC                    PO Box 851001
Case 15-40844-pwb                       Suite 2100                              Dallas, TX 75285-1001
Northern District of Georgia            1180 West Peachtree Street, N.W.
Rome                                    Atlanta, GA 30309-3495
Fri Oct 25 14:12:19 EDT 2019

BellSouth Telecommunications, Inc.      Brian R. Cahn                           Card Services
% AT&T Services, Inc                    Brian R. Cahn and Associates, LLC       PO Box 105025
Karen Cavagnaro, Paralegal              P. O. Box 3696                          Atlanta, GA 30348-5025
One AT&T Way, Room 3A104                Cartersville, GA 30120-1712
Bedminster, NJ 07921-2693


Carroll Fertiflizer LLC                 Chase                                   Chase Auto Finance
PO Box 292                              PO Box 15153                            PO Box 901076
Taylorsville, GA 30178-0292             Wilmington, DE 19886-5153               Fort Worth, TX 76101-2076



(p)DISCOVER FINANCIAL SERVICES LLC      William A. DuPre IV                     Ian M. Falcone
PO BOX 3025                             Miller & Martin, PLLC                   The Falcone Law Firm, P.C.
NEW ALBANY OH 43054-3025                Suite 2100                              363 Lawrence Street
                                        1180 West Peachtree Street, N.W.        Marietta, GA 30060-2056
                                        Atlanta, GA 30309-3495


(p)GEORGIA DEPARTMENT OF REVENUE        (c)GRACEPOINT CHURCH, LLC               Greenway Park Owners Association, Inc
COMPLIANCE DIVISION                     28 PARKER RD                            PO Box 1247
ARCS BANKRUPTCY                         DALLAS GA   30132-8037                  Santa Rosa, FL 32459-1247
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


Greenway Park Owners Association, Inc.  Hays Financial Consulting LLC           INTERNAL REVENUE SERVICE
60 Clayton Lane, Suite A                2964 Peachtree Road NW                  P O BOX 7346
Santa Rosa Beach, FL 32459-8822         Suite 555                               2970 MARKET STREET
                                        Atlanta, GA 30305-4909                  PHILADELPHIA, PA. 19104-5002


Internal Revenue Service                (p)INTERNAL REVENUE SERVICE             Lynne Irby
P. O. Box 7346                          CENTRALIZED INSOLVENCY OPERATIONS       Assist 2 Sell
Philadelphia, PA 19101-7346             PO BOX 7346                             202 Dallas Hwy SW
                                        PHILADELPHIA PA 19101-7346              Cartersville, GA 30120-6810


J-Rags Investments, LLC                 J.W. Watson, III                        JPMorgan Chase Bank N.A.
PO Box 1756                             240 Constitution Blvd                   National Bankruptcy Department
Dallas, GA 30132-0030                   Room 3009                               P.O.Box 29505 AZ1-1191
                                        Dallas, GA 30132-4614                   Phoenix , AZ 85038-9505


Lindsay P. S. Kolba                     Kubota                                  Kubota Credit Corporation
Office of the U.S. Trustee              PO Box 0559                             PO Box 9013
Suite 362                               Carol Stream, IL 60132-0559             Addison, Texas 75001-9013
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330


Craig B. Lefkoff                        Lovett & Myers                          Office of the United States Trustee
Lefkoff, Rubin, Gleason & Russo, PC     530 Forest Hill Rd                      Nancy J. Gargula
Suite 900                               Macon, GA 31210-4930                    362 Richard Russell Building
5555 Glenridge Connector                                                        75 Ted Turner Drive, SW
Atlanta, GA 30342-4762                                                          Atlanta, GA 30303-3315
```

Paulding County Tax Commissioner
240 Constitution Blvd, Room 3006
Dallas, GA 30132-4614

Shannon Ragsdale
2586 Cedarcrest Rd.
Acwoth, GA 30101-8293

Travis Wade Ragsdale
1735 Cochran Rd.
Dallas, GA 30132-4500

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Jennifer Reed
Atlanta Communities Real Estate Brokerag
3405 Dallas Hwy
Suite 720
Marietta, GA 30064-6428

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Shannon Ragsdale
2586 Cedarcrest Rd
Acworth, GA 30101-8293

Shannon Ragsdale
Mari Legal Group LLC
605 N Tennessee St
Cartersville GA 30120-2824

Southern Classic Realty
Jackie Byers
48 Trellis Court
Acworth, GA 30101-7961

Suntrust Bank
PO Box 85024
Richmond, VA 23285-5024

Superior Court of Paulding County
Case no:14CV3159
280 Constitution Boulevard
Dallas, GA 30132-4616

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303-3315

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

Walton County Tax Commissioner
PO Box 510
Defuniak Springs, FL 32435-0510

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

(p)WESTSIDE BANK
56 HIRAM DRIVE
HIRAM GA 30141-1834

Westside Bank
c/o Miller, Martin, PLLC
1180 West Peachtree NW, Ste 210
Atlanta, GA 30309-3407

Richard Wurst
Richard Wurst, LLC
2440 Sandy Plains Rd
Bldg 6, Ste 200
Marietta, GA 30066-5770

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
P.O. Box 15251
Wilmington, DE 19886

Georgia Department of Revenue
Taxpayer Services Division
PO Box 105499
Atlanta, GA 30348-5499

Internal Revenue Service
Suite 400, Stop 334-D
401 W. Peachtree St
Atlanta, GA 30308

Westside Bank
PO Box 1810
Hiram GA  30141

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Gracepoint Church, LLC
7915 Dallas Acworth Highway
Dallas, GA 30132

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMORGAN CHASE BANK, N.A.         (u)Westside Bank                    End of Label Matrix
                                                                         Mailable recipients    48
                                                                         Bypassed recipients     2
                                                                         Total                  50